# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| SERITA WASHINGTON, | ) | |
| | ) | Case No. 1:12-cv-2262 |
| Plaintiff, | ) | |
| | ) | Judge Patricia A. Gaughan |
| v | ) | |
| | ) | **AFFIDAVIT OF NOAH A. FINKEL** |
| TELETECH HOLDINGS, INC. | ) | |
| | ) | |
| Defendant | ) | |


STATE OF CHICAGO    )
                      ) ss:
COOK COUNTY       )

Noah A. Finkel, Esq., being duly sworn, deposes and says:

1.    I am a partner with the law firm of Seyfarth Shaw LLP. My firm address is 131 South Dearborn Street Suite 2400, Chicago, IL 60603-5577. My telephone number is (312) 460-5000, my facsimile number is (312) 460-7000, my e-mail address is nfinkel@seyfarth.com, and my bar number in the state of Illinois is 6224910.

2.    I represent Defendant Teletech Holdings, Inc. in the above matter.

3.    I was admitted to the practice of law by the Supreme Court of Illinois in 1994.

4.    I am a member in good standing of the bar of the United States District Court for the Northern District of Illinois, and of the state courts of Illinois. A copy of my Certificate of Good Standing in the State of Illinois is attached to this affidavit.

5.    No disciplinary or grievance proceedings have ever been filed against me, and none are so pending.

15056267v.1

FURTHER AFFIANT SAYETH NAUGHT.

_____

Noah A. Finkel, Esq.

Sworn before me and subscribed in my presence this 4th day of December, 2012.

_____

NOTARY PUBLIC

My commission expires

> OFFICIAL SEAL
> LOLITA WILLIAMS
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 3-2-2014

15056267v.1