**SEYFARTH SHAW LLP**
ATTORNEYS

131 South Dearborn Street  Suite 2400  Chicago, IL 60603-5577

| CHECK DATE | CHECK NO. | 326605 |
|---|---|---|
| 11/28/12 | | 2-50/710 |

Bank of America
Chicago, IL  60661

GENERAL ACCOUNT
CHECK AMOUNT

$****100.00

ONE HUNDRED AND 00/100 Dollars

Seyfarth Shaw LLP

PAY TO THE ORDER OF   **CLERK OF COURT**

UNDER $5000 ONE SIGNATURE
**VOID AFTER 180 DAYS**

⑈326605⑈ ⑆071000505⑆ 5201743357⑈