#7966057209 9/00'00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

12 DEC -7 PM 2: 24

| | |
|---|---|
| SERITA WASHINGTON, ) | |
| ) | Case No. 1:12-cv-2262 |
| Plaintiff, ) | |
| ) | Judge Patricia A. Gaughan |
| v ) | |
| ) | **MOTION FOR ADMISSION** |
| TELETECH HOLDINGS, INC. ) | ***PRO HAC VICE* OF** |
| ) | **ARTHUR J. ROONEY** |
| Defendant ) | |

Undersigned counsel, as local counsel for Defendant Teletech Holdings, Inc., moves this Court pursuant to Local Rule 83.5(h) for the admission of Arthur J. Rooney to the Bar of the United States District Court, Northern District of Ohio, for the purpose of appearing and participating in the above-captioned case on behalf of Defendant.

In support of this Motion, undersigned counsel has attached the affidavit of Mr. Rooney containing the information required by Local Rule 83.5 (h). In addition, in accordance with L.R. 83.5 (h), undersigned counsel supplies the name, address, telephone number, facsimile number, e-mail address, and bar registration for Mr. Rooney as follows:

> Arthur J. Rooney (IL Bar #6275386)
> SEYFARTH SHAW LLP
> 131 S. Dearborn Street, Suite 2400
> Chicago, Illinois 60603
> (312) 460-5000 (telephone)
> (312) 460-7000 (facsimile)
> arooney@seyfarth.com

WHEREFORE, for the above-stated reasons, and based on the attached affidavit, undersigned counsel requests that Arthur J. Rooney be admitted to the Bar of this Court for the purpose of appearing and participating in the above-captioned case on behalf of the Defendant.

15056250v.1

Appropriate payment is being submitted to the Court in accordance with the Court's fee schedule.

Respectfully submitted,

_____
Richard A. Millisor (0062883)
Michael A. Jackson (0085535)
FISHER & PHILLIPS LLP
9150 South Hills Blvd., Suite 300
Cleveland, Ohio 44147-3599
(440) 838-8800 – telephone
(440) 838-8805 – facsimile
rmillisor@laborlawyers.com
mjackson@laborlawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 7, 2012, a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Arthur J. Rooney* was served via email and Regular U.S. Mail on the following attorneys of record in this matter:

Anthony J. Lazzaro, Esq.
THE LAZZARO LAW FIRM, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com

Richard A. Millisor (0062883)