| CHECK DATE | | CHECK NO. | 326606 |
|---|---|---|---|
| 11/28/12 | **SEYFARTH SHAW LLP** ATTORNEYS | 2-50/710 | |

Bank of America
Chicago, IL 60661

131 South Dearborn Street Suite 2400 Chicago, IL 60603-5577

GENERAL ACCOUNT

CHECK AMOUNT

$****100.00

ONE HUNDRED AND 00/100 Dollars

Seyfarth Shaw LLP

PAY TO THE ORDER OF

CLERK OF COURT

UNDER $5000 ONE SIGNATURE
**VOID AFTER 180 DAYS**

⑃326606⑃ ⑉071000505⑉ 520174335 7⑃