| CHECK DATE | | CHECK NO. | 326607 |
|---|---|---|---|
| 11/28/12 | **SEYFARTH** | | 2-50/710 |
| | ATTORNEYS **SHAW** LLP | | |

Bank of America
Chicago, IL 60661

131 South Dearborn Street Suite 2400 Chicago, IL 60603-5577

GENERAL ACCOUNT

CHECK AMOUNT

$****100.00

ONE HUNDRED AND 00/100 Dollars

Seyfarth Shaw LLP

PAY TO THE ORDER OF   **CLERK OF COURT**

UNDER $5000 ONE SIGNATURE
**VOID AFTER 180 DAYS**

⑃326607⑃ ⑄071000505⑄ 520174335 7⑃